UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL ROMERO CHAVEZ,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER LaROSE, et al.,<br><br>Respondents. | Case No.:  26-cv-3365-RSH-DDL<br><br>**ORDER GRANTING PETITION<br>FOR WRIT OF HABEAS CORPUS** |

On June 2, 2026, petitioner Anibal Romero Chavez filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner contends that the revocation of his immigration parole, and his subsequent immigration detention without a bond hearing, violate the due process clause and federal statutes. *Id.* at 18-19. Petitioner requests his release from custody. *Id.* at 22. On June 9, 2026, Respondents filed a return stating that they do not oppose the petition. ECF No. 4 at 3.

//

//

//

//

//

//

1

Accordingly, the Petition is **GRANTED** as follows. The government is directed to release petitioner Anibal Romero Chavez within *the date following the date of this order*, subject to the terms of his prior parole. This order does not constrain Respondents' ability to impose or modify appropriate conditions of release. To the extent Petitioner seeks to recover his attorneys' fees, he must do so through a noticed motion filed consistent with the Civil Local Rules of this district as well as the undersigned's pretrial civil procedures.

**IT IS SO ORDERED**.

Dated: June 10, 2026

_____
Hon. Robert S. Huie
United States District Judge

2

26-cv-3365-RSH-DDL